## MAINE
COUNTY OF **PENOBSCOT**
LOAN NO.:

WHEN RECORDED MAIL TO: FIRST AMERICAN MORTGAGE SOLUTIONS, 1795 INTERNATIONAL WAY, IDAHO FALLS, ID 83402, PH. 208-528-9895

# ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR DITECH FINANCIAL LLC, ITS SUCCESSORS AND ASSIGNS, located at P.O. BOX 2026, FLINT, MICHIGAN 48501-2026, Assignor, does hereby grant, assign, transfer, and set over unto **NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING**, located at **55 BEATTIE PLACE, SUITE 110, MS#001, GREENVILLE, SC 29601**, Assignee, its successors and assigns, all Assignor's interest in and to that certain Mortgage dated **JULY 07, 2016**, executed by **PETER A. EVANS AND CHRISTINE EVANS, HUSBAND AND WIFE, WHO ACQUIRED TITLE AS PETER A. EVANS AND CHRISTINE D. GRANT, AS JOINT TENANTS WITH RIGHTS OF SURVIVORSHIP**, as Mortgagor(s), to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR DITECH FINANCIAL LLC, ITS SUCCESSORS AND ASSIGNS, Original Mortgagee, and recorded in Book 14218 at Page 292 as Instrument No. 20555 in the office of the Register of Deeds in the County of PENOBSCOT, State of MAINE.
TOGETHER with all rights accrued or to accrue to said Mortgage.

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed on **MARCH 15, 2021**.
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR DITECH FINANCIAL LLC, ITS SUCCESSORS AND ASSIGNS

*Katie Olson*
KATIE OLSON, VICE PRESIDENT

STATE OF **IDAHO**    COUNTY OF **BONNEVILLE**    ) ss.

On **MARCH 15, 2021**, before me, **SHIRLEY LEDVINA**, personally appeared **KATIE OLSON** known to me to be the **VICE PRESIDENT** of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR DITECH FINANCIAL LLC, ITS SUCCESSORS AND ASSIGNS the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

*Shirley Ledvina*
SHIRLEY LEDVINA (COMMISSION EXP. 06/23/2026)
NOTARY PUBLIC

SHIRLEY LEDVINA
Notary Public - State of Idaho
Commission Number 20202181
My Commission Expires Jun 23, 2026

**EXHIBIT D**

SH80701171M - AM - ME    Page 1 of 1    MIN:
MERS PHONE:

SUSAN F. BULAY, REGISTER
PENOBSCOT COUNTY MAINE E-RECORDED