## Quitclaim Assignment

WHEREAS, Ditech Financial, LLC., is identified as the "Lender" on a certain mortgage executed by Christine Evans and Peter A Evans, and bearing the date of July 7, 2016, securing the property located at 141 Merrill Road, Stetson, in the County of Penobscot and State of Maine and recorded in the Penobscot County Registry of Deeds in Book 14218, Page 292 (hereinafter the "Mortgage");

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests(whatever they may be, if any) in the Mortgage to Assignee.

Ditech Financial, LLC. By NEW REZ LLC d/b/a Shellpoint Mortgage Servicing, Attorney-in-Fact

september __2__, 2025

STATE OF __Texas__

COUNTY OF __Harris__ )

Subscribed before me, on __september 2__, 2025, by __Bailee Berrien__ as __Document Verification Specialist__. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

Notary Public
My Commission expires: 2-27-2028



TIMOTHY JACOBS
Notary Public, State of Texas
Comm. Expires 02-27-2028
Notary ID 134783607

EXHIBIT E

Document Drafted by and
After Recording, Return Document to:
NewRez LLC d/b/a Shellpoint Mortgage Servicing
75 Beattie Place, Suite 300
Greenville, SC 29601

Limited Power of Attorney

Ditech Financial LLC (f/k/a Green Tree Servicing LLC) (hereinafter called the "Seller") hereby appoints NewRez LLC (f/k/a New Penn Financial, LLC) d/b/a Shellpoint Mortgage Servicing (hereinafter called the "Purchaser"), as its true and lawful attorney-in-fact to act in the name, place and stead of the Seller for the limited purposes set forth below. This Limited Power of Attorney is given pursuant to a certain Bulk Agreement for the Purchase and Sale of Servicing Rights by and between the Seller, the Purchaser and New Residential Mortgage LLC, dated as of October 1, 2019 (the "Agreement") to which reference is made for the definition of all capitalized terms herein.

Now therefore, the Seller does hereby constitute and appoint the Purchaser as the true and lawful attorney-in-fact of the Seller and in the Seller's name, place and stead with respect to each Asset as defined in the Agreement, in which Ditech Financial LLC is the current lienholder of record, for the following, and only the following purposes: transferring ownership of the Servicing Rights to the Purchaser and effectuating the efficient servicing of the Assets. The Seller names, constitutes and appoints the Purchaser as its duly authorized agent and attorney-in-fact, with full power and authority in its name, place and stead to (i) execute, acknowledge, seal and deliver any and all documents, deeds, transfers, tax declarations, certificates, modifications, affidavits, endorsements, short sales, and any other documents or instruments whatsoever which are necessary, appropriate, or required to transfer, sell, or convey real property, to correct or clear title to the related real property, to negotiate, approve and accept funds for the short sales of real property, to initiate and/or pursue foreclosure or other legal actions with respect to the Assets, including but not limited to the continuance of actions initiated by or on behalf of the Seller; (ii) initiate and take such actions, and to execute, acknowledge, seal and deliver any and all documents or instruments whatsoever, such as deeds and other documents, as are necessary, appropriate, or required to sell or convey real and personal property securing the Assets, including, but not limited to, signing deeds to convey real property acquired through foreclosure of an Asset or acceptance of a deed in lieu of foreclosure (including without limitation the completion of judicial and non-judicial foreclosure or the termination, cancellation or rescission of any such foreclosure), insurance filings and claims, bankruptcy and eviction actions, real estate transactions, and the pursuit of any deficiency, debt or other obligation, or deeds of trust to convey title from Seller to Purchaser under this Limited Power of Attorney; (iii) execute documents and instruments necessary to release any and all mortgages, deeds of trust, security instruments, liens, security interests or related documents with respect to the Assets; (iv) execute documents and instruments necessary to release/satisfy/reconvey all obligations under any promissory note or related

documents with respect to the Assets; (v) execute documents and instruments necessary to assign or transfer any Mortgage Note, including, but not limited to, any allonge or endorsement related thereto; (vi) execute documents and instruments necessary to sign subordination agreements and consent to easements related to the Assets; (vii) execute such documents as are necessary to assign the Assets (including assignments of mortgages on behalf of the Seller to the Purchaser, MERS, Freddie Mac, Fannie Mae, or other applicable Person); (viii) endorse checks and other payment instruments that are payable to the order of Seller and that have been received by the Purchaser from Mortgagors or any insurer in respect of insurance proceeds related to any Asset; and (ix) execute such other documents as may be necessary or appropriate to enable the Purchaser to carry out its servicing and administrative duties with respect to the Assets.

The Seller further grants to its attorney-in-fact full authority to act in any manner both proper and necessary to exercise the foregoing powers, and ratifies every act that the Purchaser may lawfully perform in exercising those powers by virtue hereof.

This Limited Power of Attorney shall expire on the date that the Purchaser becomes mortgagee of record of such Asset.

IN WITNESS WHEREOF, the Seller has executed this Limited Power of Attorney this 21st day of October, 2019.

DITECH FINANCIAL LLC

By: _____
Name: Michael Squillante
Title: Chief Operations Officer

Witness: _____
Name: Debra Rosenstein

Witness: _____
Name: William Keller

ATTEST:

By: _____
Name: Laura Reichel
Title: Sr. VP, Gov't Agencies, Product Dev. & Industry Relations

## ACKNOWLEDGMENT

STATE OF PENNSYLVANIA
COUNTY OF MONTGOMERY

On this 21st day of October, in the year 2019 before me, the undersigned, personally appeared Michael Squillante and Laura Reichel, personally known to me to be the persons who executed the within instrument as Chief Operations Officer and Sr. VP., Gov't Agencies, Product Dev. & Industry Relations, on behalf of Ditech Financial LLC (f/k/a Green Tree Servicing LLC), and they acknowledged that said instrument is the act and deed of Ditech Financial LLC (f/k/a Green Tree Servicing LLC), and that they, being authorized to do so, executed and delivered said instrument for the purposes therein contained.

Sworn to (or affirmed) and subscribed before me this 21st day of October 2019

(SEAL)

_____
Notary Public
My Commission Expires:

Commonwealth of Pennsylvania - Notary Seal
Diana Veasey, Notary Public
Montgomery County
My commission expires March 19, 2023
Commission number 1171281